1  Bill LaTour, Esq.
2  Law Offices of Bill LaTour
   State Bar No. 169758
3  11332 Mountain View Ave., Suite C
4  Loma Linda, California, 92354
       Telephone: [909] 796-4560
5      Facsimile: [909] 796-3402
6      E-Mail: Bill.latour@verizon.net

```
FILED
CLERK, U.S. DISTRICT COURT
FEB 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY
```

7  Attorney for Plaintiff

8                    UNITED STATES DISTRICT COURT
9              FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                         EASTERN DIVISION

11  TERRY D. SHAW,                  )  No. CV 08-7222 E
12                                  )
        Plaintiff,                  )  [~~PROPOSED~~] ORDER OF
13                                  )  DISMISSAL WITH PREJUDICE
14      v.                          )
                                    )
15  MICHAEL J. ASTRUE,              )
16  Commissioner of Social Security,)
17      Defendant.                  )
                                    )
18  _____

19

20      Pursuant to the parties' Stipulation to Dismissal With Prejudice, IT IS
21  ORDERED that the above-captioned proceeding is dismissed with prejudice; each side
22  to bear her own attorney fees, costs, and expenses, including but not limited to attorney
23  fees under the Equal Access to Justice Act.

24  Date: 2/23/09

25                                    _____
26                                    CHARLES F. EICK
27                                    UNITED STATES MAGISTRATE JUDGE
28

-1-